Macey & Aleman, dba Legal Helpers PC
Guillermo F. Geisse SBN 269685
428 J St Ste. 280
Sacramento, CA 95831
Ph: 916-444-5110
Fx: 916-444-8510
gfg@legalhelpers.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | Case No.: 11-40214 |
| **YASH SETIA** and | MOTION TO COMPEL ABANDONMENT |
| **ANJALI SETIA** | DCN:GFG-1 |
| Debtor(s) | DATE: November 8, 2011<br>TIME: 9:30 AM<br>Judge: Hon. Christopher Klein<br>Location: United States Federal Courthouse<br>501 I Street, Sacramento, CA 95814 |

**YASH SETIA AND ANJALI SETIA**, the debtors and parties in interest herein, moves this Court for an order compelling the standing Chapter 7 Trustee to abandon the assets of pursuant to 11 U.S.C. § 554(b) as follows:

1. Title 11 Section 554(b) states "[o]n request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

2. Mr. Setia is the sole proprietor of a business known as Snack Shack, an ice cream truck.

3. Mrs. Setia is the sole proprietor of a business known as Paul's Ice cream, an ice cream truck.

1

4. Both of Debtor's business assets in Snack Shack and Paul's Ice Cream have been exempted pursuant to Cal. Civ. Proc. Section 703(b)(5) and (b)(6).

5. Both Snack Shack and Paul's Ice Cream are of inconsequential value and of no benefit to the estate.

Wherefore, Debtors pray for an order compelling the Chapter 7 Trustee to abandonment of the businesses Paul's Ice Cream and Snack Shack.

Dated: 10-5-11                    MACEY & ALEMAN


                                  BY: /s/ Guillermo F. Geisse
                                      Guillermo F. Geisse, Debtors'
                                      Attorney

2